# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

GERNARD DONEZ CHESTNUT,
FDOC Inmate No. 130146,

    Plaintiff,

v.                            CASE NO. 3:20cv5918/MCR/EMT

LIEUTENANT J. NEEL, et al.,

    Defendants.
_____/

## **O R D E R**

The chief magistrate judge issued a Report and Recommendation on March 3, 2021. ECF No. 18. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation, ECF No. 18, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3. The clerk of court is directed to enter judgment in accordance with this Order and close the case.

**DONE AND ORDERED** this 30th day of April 2021.

    s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**